ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006
BALDOMIR/MAYWEATHER** Program,

                Plaintiff,

       -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT,

                Defendants.
-----------------------------------------------------------------

RULE 7.1 GENERAL RULES
EASTERN DISTRICT

Civil Action No. 07-CV-03784

       PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

       There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated:   May 10, 2007
        Ellenville, New York

                              **J & J SPORTS PRODUCTIONS, INC.**

                            By: /s/Julie Cohen Lonstein
                                  JULIE COHEN LONSTEIN , ESQ.
                                Attorney for Plaintiff
                                Bar Roll No. JL8521
                                LONSTEIN LAW OFFICE, P.C.
                                Office and P.O. Address
                                1 Terrace Hill : P.O. Box 351
                                Ellenville, NY  12428
                                Telephone:  (845) 647-8500
                                Facsimile:   (845) 647-6277
                                Email: Info@signallaw.com
                                *Our File No. 06-18-S02*