## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07-3784                                              Purchased/Filed: May 14, 2007
STATE OF NEW YORK   UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as Broadcast Licensee of the November 4, 2006 Baldomir/Mayweather Program*                Plaintiff

against

*Camilo Estevez-Espinal, et al*                Defendant

---

STATE OF NEW YORK   SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 29, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Rule 7.1 and Judges' Rules

on

_____4986 Broadway El Nuevo Ambiente Corp._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__31st__ day of _____May, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice·Work Order # SP0704599

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the November 4, 2006
BALDOMIR/MAYWEATHER Program,
                  Plaintiff,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL
a/k/a CAMILO ESTEVEZ, Individually, and as officer,
director, shareholder and/or principal of 4986 BROADWAY
EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO
AMBIENTE RESTAURANT, and 4986 BROADWAY EL
NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,
                  Defendants.

TO: (Name and address of defendant)

4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT
4986 Broadway
New York, New York  10034

Our File No. 06-18-S02

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

swer to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this
mons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
lief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
e after service.

RK

DATE

DEPUTY CLERK