**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. ; ET AL | Plaintiff (s) / Petitioner (s) |
| ~ vs ~ | |
| CAMILO ESTEVEZ-ESPINAL ; ET AL | Defendant (s) / Respondent (s) |

Trans. #: 20071730
Date Filed:
Docket/Index #: 07 CIV 3784
Witness Fee: $0.00
File:   Court Date:
Client Ref #: 06-18-S02
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

**STATE OF NEW YORK: COUNTY OF SUFFOLK  : SS:**

**CURTIS DUNCAN**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 26, 2007 at 07:23 PM , at 580 ACADEMY STREET, APT. 45, NEW YORK  NY 10034
deponent served the within   SUMMONS IN A CIVIL CASE AND COMPLAINT , RULE 7.1 AND INDIVIDUAL JUDGES RULES
on CAMILO ESTEVEZ-ESPINAL A/K/A CAMILO E. ESPINAL A/K/A CAMILO ESTEVEZ defendant therein named.

**INDIVIDUAL**
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION**
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents     within the state of New York.

**AFFIXING TO DOOR, ETC.**  [X]
By affixing a true copy thereof to the door of the said premises, the same being the defendant's dwelling place within the State of New York.
TAN DOOR, #45 ON FRONT OF DOOR

**MAILING**  [X]
Deponent completed service under the last two sections by depositing a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT , RULE 7.1 AND INDIVIDUAL JUDGES RULES
in a postpaid, properly addressed envelope under the exclusive care and custody of the United States Post Office in the State of New York, on June 27, 2007  to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS**  [X]
Deponent had previously attempted to serve the above named defendant/respondent.
06/02/2007      06/04/2007      06/06/2007
09:35 AM        09:17 PM        07:13 AM

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age _____ Approximate weight _____ Approximate height _____ Sex _____
Color of skin _____ Color of Hair _____ Other _____

[X] Deponent spoke with Neighbor _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this  06/28/2007

CURTIS DUNCAN  1212924

VINCENT J. GILLIS
Notary Public, State of New York
No. 01GI4984504
Qualified in Suffolk County
Commission Expires July 22, 07

Professional Process Service, Ltd.    Box 5462, Bay Shore, NY 11706, (631) 206-0611, Fax (631) 206-0617
NYC DCA Lic. No.: 1125394    P.O. Box 292 Times Square Station, New York, NY (212) 956-9620 Fax (646) 201-9178

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the November 4, 2006
BALDOMIR/MAYWEATHER Program.
                    Plaintiff.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT. and 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT,
                    Defendants.

TO: (Name and address of defendant)

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT
580 Academy Street, Apt. 45
New York, New York  10034                                      Our File No. 06-18-S02

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

swer to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this
nons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
lief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
e after service.

RK                                          DATE

DEPUTY CLERK