ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006 BALDOMIR/MAYWEATHER** Program,

      Plaintiff,

 -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT,

      Defendants.
-----------------------------------------------------------------

**REQUEST FOR CLRK'S ENTRY OF DEFAULT**
Civil Action No.07-CV-3784-VM-MHD
HON. VICTOR MARRERO

TO: J. MICHAEL McMAHON, CLERK
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

**CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT, and 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and

-2-

from the attached affidavit of Julie Cohen Lonstein, Esq.

| | |
|---|---|
| Dated: July 18, 2007<br>Ellenville, New York | LONSTEIN LAW OFFICE, P.C.<br><br>By: /s/ Julie Cohen Lonstein<br>Julie Cohen Lonstein<br>Bar Roll No. JL8512<br>Attorney for Plaintiff<br>1 Terrace Hill; PO Box 351<br>Ellenville, NY 12428<br>Telephone:  845-647-8500<br>Facsimile:   845-647-6277 |