ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006
BALDOMIR/MAYWEATHER** Program,
       Plaintiff,

 -against-           **AFFIDAVIT IN SUPPORT OF
                      REQUEST FOR DEFAULT**
                      Civil Action No.07-CV-3784-VM-MHD
                      HON. VICTOR MARRERO

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.
ESPINAL a/k/a CAMILO ESTEVEZ, Individually,
and as officer, director, shareholder and/or principal
of 4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT
         Defendants.
-----------------------------------------------------------------
STATE OF NEW YORK :
         : SS.:
COUNTY OF ULSTER :

   JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

   1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

   2.  This action was commenced pursuant to 47 U.S.C. §605, *et seq*.  A copy of the Summons and Complaint was served on Defendant,  **CAMILO ESTEVEZ-ESPINAL a/k/a**

**CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT, and 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT**, as set forth in the proofs of service by Jessica Miller, ECF Document No. 3 and by Curtis Duncan, ECF Document No. 4.

    3.    The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired. Defendants **CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT, and 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT**, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

    4.    Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

    **WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the defendants **CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT, and 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT**, be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: July 18, 2007
       Ellenville, NY 12428                /s/ Julie Cohen Lonstein
                                                      Julie Cohen Lonstein

Sworn to before me this 18th              Bar Roll No. JL8512
day of July, 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*