ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006
BALDOMIR/MAYWEATHER** Program,

                Plaintiff,

      -against-                     **CLERK'S CERTIFICATE**
                                          Civil Action No.07-CV-3784-VM-MHD
CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.    HON. VICTOR MARRERO
ESPINAL a/k/a CAMILO ESTEVEZ, Individually,
and as officer, director, shareholder and/or principal
of 4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT
                    Defendants.
----------------------------------------------------------------

      I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, **CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT,** was served with a copy of the Summons and Complaint on June 26, 2007 by affixing a copy to the front door of the Defendants dwelling mailing a copy of same as set forth in ECF document No. 3 and **4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT**, were served with a copy of the Summons and Complaint on May 29, 2007 by service through the Secretary of State, as set forth in ECF documents Nos. 3.

I further certify that the docket entries indicate that **CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT, and 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT** have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:            , New York
_____2007           J. MICHAEL McMAHON
                                                            Clerk

                                            By:_____
                                                      Deputy Clerk