ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006**
**BALDOMIR/MAYWEATHER** Program,

               Plaintiff,        **CERTIFICATE OF SERVICE**
                                        Civil Action No.07-CV-3784-VM-MHD
                                        HON. VICTOR MARRERO

        -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.
ESPINAL a/k/a CAMILO ESTEVEZ, Individually,
and as officer, director, shareholder and/or principal
of 4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT
                      Defendants
-----------------------------------------------------------------

      The undersigned certifies that on the   **18th**   day of July, 2007   your deponent served the following documents by regular mail:

      Request for Default
      Affidavit in Support of Request for Default
      Clerk's Certificate

on the following:

4986 Broadway El Nuevo
Ambiente Corp.
4986 Broadway
New York, NY 10034-1650

Camilo Estevez
580 Academy Street
Apt 45
New York, NY 10034                                      /s/ Julie Cohen Lonstein
                                                               Julie Cohen Lonstein