ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006
BALDOMIR/MAYWEATHER** Program,

                Plaintiff,

    -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.
ESPINAL a/k/a CAMILO ESTEVEZ, Individually,
and as officer, director, shareholder and/or principal
of 4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT
                Defendants.
-----------------------------------------------------------

**NOTICE OF MOTION FOR
DEFAULT JUDGMENT**
Civil Action No.07-CV-3784-VM-MHD
HON. VICTOR MARRERO

      **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to

on the 26TH    day of July  2007, in support of said application and the exhibits attached thereto,

Plaintiff moves this Court for an order granting the entry of default judgment against the

Defendants jointly and severally as follows:

**Against, CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO
ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986
BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT**

1)     under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of up to TEN
    THOUSAND DOLLARS ($10,000.00)

2)     and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
    HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees
of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

and further,

**Against, 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO
AMBIENTE RESTAURANT**

1)      under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of up to TEN
THOUSAND DOLLARS ($10,000.00)

2)      and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for
Defendant's willful violation of 605(a)

3)      and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees
of  SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

Dated: July 26, 2007
Ellenville, NY  12428                         LONSTEIN LAW OFFICE, P.C.

By:   /s/ Julie Cohen Lonstein
Julie Cohen Lonstein
Bar Roll No.  JL8521
Attorney for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277