ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006**
**BALDOMIR/MAYWEATHER** Program,
　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　**PLAINTIFF'S AFFIDAVIT**
　　　　　　　　　　　　　　Civil Action No. 07-CV-3784-VM-MHD
　　　　　　　　　　　　　　HON. VICTOR MARRERO

　　　　　　-against-

CAMILO ESTEVEZ-ESPINAL , *et, al.*,
　　　　　　　　　　Defendants.
----------------------------------------------------------------

STATE OF CALIFORNIA　　}
　　　　　　　　　　　　　}ss.:
COUNTY OF SANTA CLARA}

　　　　JOSEPH GAGLIARDI, being duly sworn, deposes and states the following:

　　　　1.　　　I am President of Plaintiff, J&J Sports Productions, Inc., and, as such, am fully

familiar with the facts, circumstances and proceedings heretofore had herein.

　　　　2.　　　I make this Affidavit in support of Plaintiff's request to recover statutory

damages, including costs, attorney fees and interest in the within request for judgment by default.

　　　　3.　　　Plaintiff, J&J Sports Productions, Inc., owns the rights for the commercial

distribution of the Baldomir/Mayweather fight which was held on November 4, 2006. The

licensing agreement is attached hereto as Exhibit "A". My company thereafter marketed the sub-

licensing of the broadcast to commercial establishments in the State of New York for a fee.

　　　　4.　　　Prior to the  Baldomir/Mayweather, broadcast, J&J Sports Productions, Inc., hired

Signal Auditing, Inc. to contract with independent auditors who were assigned to identify

establishments that unlawfully exhibited our program.

5.    To insure that only illegal locations were visited by the auditors, a list of authorized and legal locations who paid the required fee to broadcast the Baldomir/Mayweather fight which was held on November 4, 2006, was distributed to Signal Auditing, Inc., who provided same to all of their contracting auditors prior to visiting any unauthorized locations on November 4, 2006. This list is attached hereto as Exhibit "B".

6.    Defendants CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E. ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and as officer, director, shareholder and/or principal of 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO AMBIENTE RESTAURANT, did not purchase the rights to exhibit the event from my company.

7.    According to our files, Lee Packtor, one of the independent auditors, visited Defendant's establishment, El Nuevo Ambiente located at 4986 Broadway, New York, NY on November 4, 2006, at approx. 10:47 pm. He entered and observed two (2) television sets exhibiting a portion of the event to about 25 patrons in an establishment with an estimated capacity of 50. The auditor's affidavit attesting to these facts is attached as Exhibit "C".

8.    Defendant's showing was not authorized by J&J Sports Productions, Inc., therefore, the said showing was in violation of the Piracy Statutes of the Federal Communications Act.

9.    It is essential that I communicate to the Court that to the best of my knowledge this programming is not and cannot be "mistakenly or innocently intercepted." Some methods that a signal pirate can unlawfully intercept and broadcast such program illegally are as follows without limitation:

A.    The use of a "black box" which is purchased for a fee and when installed on a cable TV line will allow for the descrambled reception of a pay-per-view broadcast, or

B.      The purposeful misrepresentation of a commercial establishment as a residential property would allow the purchase of a pay-per-view broadcast for the event at the residential price of $54.95, or

C.      The use of a illegal cable drop or splice from an apartment or home adjacent to the commercial establishment premises who would purchase the broadcast at a residential price and divert the program to the commercial establishment and/or

D.      The same initial actions being employed with respect to a "DSS Satellite Systems" or a "C-Band Satellite System."

These forms of satellite theft also involve the misrepresentation of a residential location, purchase of illegal unincryption devices, and/or the purchase of illegal satellite authorization codes which are readily available on the Internet and in various publications which are presently unregulated in the Nation of Canada.

10.    To explain the history of Plaintiff's claim, your deponent submits that shortly after the advent of Pay-Per-View broadcasts, of which our company stands at the forefront, we began to experience a serious erosion of the sales to commercial establishments throughout the United States of America. Thereafter, we endeavored to find out what was the basis for the erosion. Much to our disappointment, we discovered that the root cause of the erosion of our customer base was the piracy of our broadcasts by unauthorized and unlicensed establishments.

11.    Plaintiff has invested millions of dollars in the promotion of boxing broadcasts, and, with the increased frequency of signal piracy, our legal sales have eroded significantly.

12.    In response, we embarked upon a program which was designed to identify and prosecute the commercial establishments which stole our broadcasts.

13.    Turning these facts to the matter before the Court, I have been advised by counsel

that the Court has the discretion in the awarding of damages for these nefarious and illegal

activities.

14.    It is respectfully submitted to this honorable Court that the unchecked activity of

signal piracy not only has resulted in my business being severely damaged, but also has a

negative effect upon lawful residential and commercial customers of cable and satellite

broadcasting whose costs are necessarily increased significantly by these illegal activities.

15.    I believe that such acts of piracy have cost my company millions of dollars in the

last few years, while at the same time causing a reduction in our lawful business resulting from

the perceived lack of consequence for such unlawful interception.

16.    I, therefore, humbly ask this Court to grant the maximum allowance for

statutory damages due to the fact that such actions are *per se* intentional and do not and cannot

occur without the willful and intentional modification of electronic equipment, the business

misrepresentation of a commercial establishment as residential, or, the removal of cable traps

and/or devices designed to prevent such unauthorized exhibits.


**WHEREFORE,** your deponent respectfully requests that this Court in its discretion
grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the
Defendants jointly and severally as follows:

**Against CAMILO ESTEVEZ-ESPINAL Individually,**

1)    under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of up to TEN
      THOUSAND DOLLARS ($10,000.00)

2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
      HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for
      Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(I) *in the discretion of the Court*, full costs, reasonable
      attorney fees as set forth in the attorney affidavit

Against, 4986 BROADWAY EL NUEVO AMBIENTE CORP. d/b/a EL NUEVO
AMBIENTE RESTAURANT

1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN
        THOUSAND DOLLARS ($10,000.00)

2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE
        HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for
        Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(I) *in the discretion of the Court*, full costs, reasonable
        attorney fees as set forth in the attorney affidavit

Dated: July 6 , 2007

JOSEPH GAGLIARDY,
President, J&J Sports Productions, Inc.

Sworn to before me on this 6 day
of July    , 2007.

Notary Public- State of California

SHARON CUNNINGHAM
COMM. #1440152
Notary Public-California
SANTA CLARA COUNTY
My Comm. Exp. Sept 19, 2007

Exhibit A



www.boxingseries.com

# SPORTS PRODUCTIONS INC

## Closed Circuit - Pay-Per-View

### SAT., NOV 4, 2006
### PRETTY RISKY
### HBO PPV

MANDALAY BAY HOTEL & CASINO LAS VEGAS, NV

(12 Rd WBC Welterweight Championship Bout)

### FLOYD MAYWEATHER JR VS .CARLOS BALDOMIR

A NON-REFUNDABLE MINIMUM GUARANTEE OF $1200.00 Per Club

| SEATING | RATE |
|---------|------|
| 1 – 50 | 1200.00 |
| 51 – 100 | 1800.00 |
| 101 – 200 | 2600.00 |
| 201 – 300 | 3200.00 |
| 301 – 400 | 3800.00 |
| 401 – 500 | 4600.00 |

A $200 DirecTV Tech is included on with this price.

This Rate Card is to be use by all distributors in the U S territory for Commercial Establishments.

Any establishments with higher capacity or changes in capacity to be approve by J&J Sports Productions Inc, Inc Sales Manager Art Gallegos or President Joe Gagliardi.

"Casinos MINIMUM GUARANTEE FLAT RATES  $3200.00 to $6200.00"

WE ACCEPT:
VISA, MASTERCARD, DISCOVER, AND AMERICAN EXPRESS

TOLL FREE NUMBER:     1-888-258-7116

Art Gallegos
National Sales Manager

2380 South Bascom Avenue, Suite 100 ▪ Campbell, CA 95008 ▪ Tel: (408) 369-8022 ▪ Fax: (408) 369-8096

[Execution Copy]

## Closed Circuit License Agreement

This Closed Circuit License Agreement ("Agreement") is entered into this ____ day of September, 2006 by and between J&J Sports Productions, Inc ("J&J Sports") and Goossen Tutor Promotions, LLC ("Goossen Tutor").

1.    Event; Term.

(a)    The event, which is the subject of this Agreement, is a twelve (12) round World Welterweight Championship Bout between Floyd Mayweather, Jr. and Carlos Baldomir, plus a customary number of undercard bouts to be held on November 4, 2006, at the Mandalay Bay Resort & Casino in Las Vegas, NV, and to be telecast domestically on HBO Pay-Per-View and internationally ("Event").

(b)    The Term of the Agreement is for the Event.

2.    Licensed Rights.

Goossen Tutor grants to J&J Sports the live closed circuit television right to telecast the Event to commercial venues (or facilities within such venues) within the Territory (as defined below), subject to the following terms:

(a)    Territory:    The rights granted are for the United States and its territories (including Puerto Rico).

(b)    Form of Media:    The rights granted are limited to the following media and services, corresponding to the Territory set forth in Section 2(a) above: theatres, arenas, casinos, auditoriums, bars, restaurants or other similar locations of public assembly (with a fire code capacity of 500 or less, excluding casinos where no fire capacity limit is required), where an admission fee or other consideration is charged and received for entry to view the telecast of the Event. The Event shall be blacked out by means of closed circuit exploitation in Clark County, Nevada (i.e., the area encompassing the list of zip codes attached hereto as Annex A) until such time as 90% of the tickets initially available for sale to the public have been sold.

(c)    Resale, etc:    Except as set forth in Section 2(b) above, no extraordinary (noncustomary) resale, redistribution, sub-licensing or assignment of the rights granted hereunder may be made by J&J Sports without the prior written consent of Goossen Tutor. J&J Sports shall, consistent with its established policies, take commercially reasonable efforts to protect the copyright of Goossen Tutor in accordance the laws of the U.S. and the Universal Copyright Convention. J&J Sports shall notify Goossen Tutor of any third party engaged in the resale, redistribution, sub-licensing or assignment of the rights granted to J&J Sports in the Territory immediately upon obtaining knowledge of any such unauthorized activities.

3.    Fees and Timing of Payments.

For the rights granted under this Agreement, J&J Sports shall pay Goossen Tutor the following fee:

(a)    Fee: J&J Sports shall remit to Goossen Tutor a guaranteed minimum fee ("Guaranty Fee") c                                    .  The Guaranty Fee shall be a guaranty against a                                    split of revenues from the commercialization of the rights under this Agreement. The balance of the amount due to Goossen Tutor above the Guaranty Fee, if any, shall be remitted within        days following the Event. In addition, based on sale of the rights as provided herein and        allocation of revenues as referenced above, in the event J&J Sports does not recoup the Guaranty Fee then an amount equal to the lesser of the actual deficiency or        shall be applied to J&J Sports for the next Mayweather pay-per-view event promoted by Goossen Tutor.

(b)    Timing of Payments: J&J Sports shall transfer to Goossen Tutor via wire no later than ·                                    , representing the Guaranty Fee. A copy of the Goossen Tutor wire transfer instructions is attached as Annex B.

(c)    Reporting. J&J Sports shall prepare documentation reasonably necessary to meet the requirements of the closed-circuit distribution including, but not limited to: (i) preparation of licenses and technical documentation for each commercial establishment, (ii) distribution of marketing and promotional materials, and (iii) collection of all funds and preparation of sales and revenue reports in a timely fashion. J&J Sports shall submit to Goossen Tutor a report thirty (30) days prior to the Event that details each establishment by name, location, fire code occupancy and the corresponding license fee. Such report shall be updated upon request by Goossen Tutor with an updated report due no later than October 31, 2006, and a post-Event report due no later than November 7, 2006. In addition, any additional license fees will be payable to Goossen Tutor with issuance of the above collection reports. Thirty (30) days following exhibition of the Event, J&J Sports will issue a final report ("Final Report") to Goossen Tutor with a complete accounting of license fees due together with payment of any outstanding license fees. The Final Report is subject to an audit of such reporting by Goossen Tutor, at its expense, within a one (1) year period following the Event.

4.    Promotion.

J&J Sports agrees to promote the Event in a manner depicting the image of all fighters and Goossen Tutor representatives in a positive fashion. J&J Sports shall exercise commercially reasonable efforts to advertise, promote and market the Event. Any promotional material (including, but not limited to, specially cleared video clips of each fighter provided by Goossen Tutor) will only be used in conjunction with the commercialization of the rights granted hereunder.

5.    Production.

J&J Sports shall have sole responsibility and incur applicable costs associated with the delivery of the feed with natural sound to its sites within the Territory including, but not limited to, down-link, satellite audio circuits, if necessary, commentary position, phone charges, decoders, couriers, dubbing, tape stock, and other technical costs. J&J Sports shall ensure that all signals provided or distributed by or originating from any of its affiliates, or any person or other entity to whom they may supply such signal hereunder, by way of uplink or otherwise, will be encrypted by a method reasonably satisfactory to Goossen Tutor and customary in the industry. Goossen Tutor shall supply to J&J Sports Event posters and available clip rights to facilitate J&J Sports' commercialization of the rights under this Agreement.

6.    Protection of Copyright.

J&J Sports shall have responsibility for protection of the copyright on any and all transmissions of the Event and shall indemnify Goossen Tutor in respect of, and hold Goossen Tutor harmless from, any liability, claim or expenses that may be asserted or arise in respect of the improper use thereof anywhere in the Territory or otherwise directly or indirectly by J&J Sports. Goossen Tutor shall have sole copyright-holder rights on any and all transmissions of the Event.

7.    Insurance.

J&J Sports is responsible for maintaining applicable insurance relating to the rights granted under this Agreement and shall provide Goossen Tutor with a certificate of insurance on or before October 1, 2006.

8.    Termination.

If the Event is prevented from taking place on the scheduled date by reason of any act of God, fire, flood, riot, war, injury of fighters, public disaster or determination of the Boxing Commission or any other regulatory authority with jurisdiction over the Event or any other cause or event beyond the reasonable control of Goossen Tutor, then Goossen Tutor shall have the right in its discretion to either postpone or cancel the Event. In the event of a termination, the Guaranty Fee shall be returned within three (3) days following notification that the Event is cancelled.

9.    Jurisdiction.

This Agreement will be governed by California law and all disputes under this Agreement will be submitted to, and all parties agree to, the jurisdiction of the courts of the United States,

3

10.    Miscellaneous.

(a)    Entire Agreement.  This Agreement sets forth the entire understanding of the parties regarding the subject matter hereof, and supersedes all prior agreements, negotiations and understandings (whether written or oral, express or implied) between the parties.  This Agreement may only be modified by a writing signed by both parties.

(b)    Confidentiality.  The terms and conditions of this Agreement shall remain confidential between the parties, and shall not be disclosed to the media or general public, or to any other third party, without the prior consent of the other party, which consent shall not be unreasonably withheld.

(c)    Notices.  Any notice required or desired to be given hereunder shall be in writing and sent via facsimile or overnight courier to the address below:

(i)    Goossen Tutor Promotions, LLC:

Dan Goossen
President
Goossen Tutor Promotions, LLC
15300 Ventura Blvd., Ste. 400
Sherman Oaks, CA 91403
Tel: (818) 817-8001
Fax: (818) 817-8005

(ii)    J&J Sports Productions, Inc.:

Joe Gagliardi
2380 S. Bascom Ave., No. 200
Campbell, CA 95008
Tel: (408) 369-8040
Fax: (408) 377-5348

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and year first above written.

J&J SPORTS PRODUCTIONS, INC.        GOOSSEN TUTOR PROMOTIONS, LLC

By: Joe Gagliardi        By: Dan Goossen

Annex A – Black Out Closed Circuit Zip Code Listing
Annex B – Goossen Tutor Promotions, LLC Wire Instructions

4

Addendum to contract: Goossen Tutor: November 4, 2006 Event

Anti-Piracy.

Licensee shall have the exclusive right to commence or settle any claim or litigation arising out of the alleged piracy, use or proposed use of the closed circuit television telecast in the Territory. Any damages, whether statutory, compensatory, punitive or otherwise, which Licensee may recover from the theft, piracy, copying, duplication, unauthorized exhibition or transmission of the Event in the Territory, after payment of reasonable legal fees, costs and disbursements, shall constitute gross revenues from the Event, to be shared by Promoter and Licensee evenly. Licensee shall advance any required legal fees and disbursements, subject to recoupment from any applicable recovery, and shall report all expenses, settlements and recoveries on a quarterly basis. Your sub-licensee's shall have no right to commence or settle any claim or litigation arising out of the alleged piracy of the telecast hereunder, and you shall not assign these anti-piracy rights to any other party, without the prior written consent of Promoter. Notwithstanding the foregoing, in the event that you elect not to pursue any claim or litigation arising out of the alleged piracy, use or proposed use of the closed circuit television telecast in the Territory, you shall, upon Promoter's request, assign the exclusive right to pursue such claim or litigation to Promoter. In the event of such an assignment, Promoter shall be solely responsible for payment of all legal fees and disbursements and shall be entitled to retain as its exclusive property any and all recoveries therefrom.

Initial _____

Initial _____



www.boxingseries.com
SPORTS PRODUCTIONS INC.

Closed Circuit Rate Card

## Presents Closed Circuit
# MANNY PACQUIAO vs. ERIK MORALES III
## "THE GRAND FINALE!" – "LA GRAN FINAL!"
### November 18, 2006 ♦ LIVE ON HBO PAY-PER-VIEW ♦ Thomas & Mack Center

| SEATING | RATE |
|---|---|
| 1 – 50 | 1200.00 |
| 51 – 100 | 1800.00 |
| 101 – 200 | 2200.00 |
| 201 – 300 | 3200.00 |
| 301 – 400 | 4200.00 |
| 401 – 500 | 5200.00 |

**Casinos with a minimum guarantee of $6200.00 Get A Flat Deal.**

- **Ad $200 Directv Activation**
- Fight will air on DIRECTV channels 579.
- Commercial Public Viewing and Business Viewing pricing for this event is based on Fire Code Occupancy.

Closed Circuit Information
**All commercial locations that have been licensed to carry this event must have a valid license agreement from the OFFICIAL CLOSED-CIRCUIT PROVIDER, J&J Sports Productions Inc.. There is NO OTHER LEGAL LICENSOR. Any location that has not been licensed by this provider will be considered a PIRATE and TREATED ACCORDINGLY.**

For further information regarding multiple locations packages contact

Art Gallegos
National Sales Manager
1-888-258-7116

Exhibit B

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| BP Xploration Alaska | 1000 Milne Point Rd. | Prudhoe Bay | AK | 99734 |
| Grannys Closet | 218 S. Milton Rd. | Flagstaff | AZ | 86001 |
| R T O' Sullivans II | 1010 W Southern | Mesa | AZ | 85210 |
| Bandaids Show Club | 2548 N. 7th St. | Phoenix | AZ | 85006 |
| El Jalvas | 2720 West CamelBack Rd | Phoenix | AZ | 85017 |
| Hi-Liter | 4728 N 12th St. Suite B | Phoenix | AZ | 85014 |
| Pantera Club | 4139 West Indian School Rd | Phoenix | AZ | 85019 |
| Curves | 2130 N. Oracle Rd. | Tucson | AZ | 85709 |
| Raiders Reef | 6475 E. Golf Links Rd | Tucson | AZ | 85730 |
| Commerce Casino | 6131 E. Telegraph Rd. | Commerce | CA | 90040 |
| Angels Sports Bar | 1650 E. 6th St. | Corona | CA | 92879 |
| Syciuan Casino | 5459 Casino Way | El Cajon | CA | 92019 |
| Syciuan Resort (Golf Course) | 3007 DeHesa Rd. | El Cajon | CA | 92019 |
| Starz Cabaret | 2528 Rosencrans | Gardena | CA | 90249 |
| San Manuel Indian Casih/Marisol | 777 San Manuel Blvd. | Highland | CA | 92346 |
| The Beer Hunter - Phil-Dan | 78-483 HWY 111 | La Quinta | CA | 92253 |
| Danny K's | 1096 North Main St | Orange | CA | 92867 |
| Mariscos Milindo Sinaloa #2 | 7610 Rosecrans Ave | Paramount | CA | 90723 |
| Jillian's Of San Francisco | 101 4th Street Ste. 170 | San Francisco | CA | 94103 |
| Abbey Tavern | 4100 Geary St. | San Francisco | CA | 94118 |
| Sboba Casino | 23333 Soboba Rd / PO Box 817 | San Jacinto | CA | 92581 |
| Ricky's Sports Bar | 15028 Hesperian Blvd | San Leandro | CA | 94578 |
| Yankee Doodles | 1410 3rd St | Santa Monica | CA | 90401 |
| National Sports Grill | 3210 W. Sepulveda Blvd. | Torrance | CA | 90505 |
| Jillian's of Universal City | 1000 Universal Center Dr. | Universal City | CA | 91608 |
| Harrahs Rincon Casino - Samantha | 33750 Valley Center Rd. | Valley Center | CA | 92082 |
| Table Steaks East | 3253 S. Parker Rd. | Aurora | CO | 80014 |
| Ameristar Black Hawk | 111 Richman Street | Black Hawk | CO | 80422 |
| Ameristar Mountain High Casino | 111 Richman St. / P O Box 45 | Blackhawk | CO | 80422 |
| Johnny Nolon's Casino | 301 East Bennett Ave / PO Box 1707 | Cripple Creek | CO | 80813 |
| Foxwoods Resort Casino | Route #2 - PO Box 3777 | Mashantucket | CT | 06339 |
| Mohegan Sun Casino | Robin | Uncasville | CT | 06382 |
| Winghouse XII | 275 West State Rd. 436 | Altamonte Sprin | FL | 32714 |
| Gatsbys @ Boca Raton | 5970 S.W. 18th. St. | Boca Raton | FL | 33433 |
| Neighborhood Sports Grill | 8450 N Federal Hwy | Boca Raton | FL | 33487 |
| Rachels North | 401 E. Semoran Blvd. | Casselberry | FL | 32707 |
| Gatsbys @ Davie | 1805 S. University Dr. | Davie | FL | 33314 |
| Winghouse XI | 2721 W. International Speedway Blvd. | Daytona Beach | FL | 32114 |
| All Star Sports Bar & Grill | 2201 W. Sample Rd; Suite 7A | Deerfield Beach | FL | 33073 |

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| Brus Room @ Del Ray Beach | 35 N.E. 2nd. Ave. | Del Ray Beach | FL | 33444 |
| Johnny ODuigleys | 34940 Emerald Coast Pkwy | Destin | FL | 32541 |
| Rondaos | 15320 MacGregor Blvd | Ft. Myers | FL | 33908 |
| Gators Dockside @ Gainesville | 3842 Newberry Rd | Gainesville | FL | 32607 |
| Cheetah III | 100 Ansin Blvd. | Hallandale Beach | FL | 33009 |
| Park Sports Club | 5763 Seminole Way | Hollywood | FL | 33314 |
| Renegade BBQ Company | 5720 Seminole Way | Hollywood | FL | 33314 |
| Winghouse XIV | 9750 Deer Lake Ct. | Jacksonville | FL | 32216 |
| Winghouse VIII | 3405 West Vine St. | Kissimmee | FL | 34741 |
| Brian Borus Irish Pub | 7201 Suite A; Lake Worth Rd | Lake Worth | FL | 33467 |
| Winghouse XX | 4515 South Florida Ave. | Lakeland | FL | 33813 |
| Winghouse I | 7369 Ulmerton Rd. | Largo | FL | 33771 |
| Brus Room @ Margate | 5466 W. Sample Rd. | Margate | FL | 33073 |
| Tootsies Cabaret | 150 NW 183rd St | Miami | FL | 33169 |
| Gatsbys @ Kendall | 8575 SW 124th Ave. | Miami | FL | 33183 |
| Miccosukee Indian Gaming Casino | 500 SW 177th Ave | Miami | FL | 33194 |
| Pink Pony | 7971 NW 33rd St | Miami | FL | 33122 |
| Diamond Cabaret | 337 NW 170th St | Miami Beach | FL | 33169 |
| Tootsies Cabaret | 150 NW 183rd St | Miami Gardens | FL | 33169 |
| Winghouse IV | 8575 US Hwy. 19 | Newport Richey | FL | 34652 |
| All Star Sports Bar & Grill II | 5280 N State Rd | North Lauderdale | FL | 33319 |
| Winghouse VI | 2145 E. Silver Springs Blvd. | Ocala | FL | 34470 |
| Fridays Front Row Sports Grill | 8126 International Dr. | Orlando | FL | 32819 |
| Winghouse VII | 3801 Parkway Center Court | Orlando | FL | 32808 |
| Winghouse XVI | 3789 S. Kirkman Road | Orlando | FL | 32811 |
| Winghouse X | 34900 US Hwy. 19 N. | Palm Harbour | FL | 34684 |
| Hooters @ Pensacola Beach | 400 Quiet Water Blvd. | Pensacola Beach | FL | 32561 |
| Winghouse II | 17790 US Hwy 19 N. | Pinellas Park | FL | 33781 |
| Cheetah | 497 NW 31st Ave. | Pompano Beach | FL | 33069 |
| Diamond Dolls | 1401 N Powerline Rd | Pompano Beach | FL | 33069 |
| Palm Beach Princess | 1 E 11th St - Suite 500 | Riviera Beach | FL | 33404 |
| Courtside Grille | 110 Fountain Pky | Saint Petersburg | FL | 33716 |
| Winghouse XIII | 2935 Orlando Dr. | Sanford | FL | 32773 |
| Winghouse V | 6445 4th St. North | St. Petersburg | FL | 33702 |
| Hot Shots @ Sunrise | 3868 N. University Dr. | Sunrise | FL | 33351 |
| Hooters @ Tallahassee | 2000 North Monroe St. | Tallahassee | FL | 32303 |
| Champps @ Tampa | 2223 N Westshore Blvd. Ste B-221 | Tampa | FL | 33607 |
| La Pelota | 1701 W Waters Ave | Tampa | FL | 33604 |
| Press Box @ Tampa | 222 S. Dale Mabry Highway | Tampa | FL | 33609 |
| Winghouse III | 8001 W. Hillsborough Ave. | Tampa | FL | 33615 |

2

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| Winghouse XV | 5003 U.S. Hwy. 301 North | Tampa | FL | 33610 |
| Cheetah II | 3342 Shawnee Ave. | W. Palm Beach | FL | 33409 |
| Gatsbys @ Palm Beach | 901 Village Blvd., Suite 703 | West Palm Beach | FL | 33409 |
| Winghouse IX | 227 S Semoran Blvd. | Winter Park | FL | 32792 |
| Frankie's | 5600 Roswell Road | Atlanta | GA | 30342 |
| American Pie | 5840 Roswell Rd | Atlanta | GA | 30328 |
| Sports Page / Choctaw Grill | 5736 Veteran's parkway | Columbus | GA | 31904 |
| J R Crickets | 6608 Tara Blvd | Jonesboro | GA | 70236 |
| Barnacle's | 5955 Jimmy Carter Blvd. | Norcross | GA | 30071 |
| Fitty Yard Line | 7490 Old National Hwy | Riverdale | GA | 30296 |
| El Noa Noa | 4298 Chamblee Tucker Rd. | Tucker | GA | 30084 |
| Kahului Ale House | 355 E. Kamehameha | Kahului | HI | 96732 |
| Ameristar Casino Council Bluffs Inc. | 2000 River Rd. | Council Bluffs | IA | 51501 |
| Ameristar Casino-Chris Consenza | 2200 River Rd. | Council Bluffs | IA | 51503 |
| Bruders Bar | 3600 N Pulaski | Chicago | IL | 60641 |
| Players Bar & Grill | 551 N Ogden | Chicago | IL | 60622 |
| Timothy O'Tooles | 622 N. Fairbanks | Chicago | IL | 60611 |
| Wow Cafe | 717 W Maxwell Street | Chicago | IL | 60607 |
| La Plazuela | 23-32 S Laramie | Cicero | IL | 60804 |
| McDoogles Sports Grill | 5225 N Illinois | Fairview Heights | IL | 62208 |
| Bocces | 3909 W Lincoln Hwy | Matteson | IL | 60443 |
| Chasers | 9003 North Milwaukee Ave. | Niles | IL | 60714 |
| Kristofs Entertainment Center | 421 W. Rollins Rd. | Roundlake | IL | 60073 |
| Kilroys Sports Bar | 319 N. Walnut | Bloomington | IN | 47408 |
| Jillian's of Indianapolis | 141 South Meridian St | Indianapolis | IN | 46225 |
| Bentley's Sports Bar & Grill | 2529 W. Broadway | Louisville | KY | 40211 |
| Champions Sports Bar | 280 W. Jefferson St. | Louisville | KY | 40202 |
| Horseshoe Ent. by: New Gaming Capital Par | 711 Horseshoe Blvd | Bossier City | LA | 71111 |
| Sports Depot | 353 Cambridge Street | Alston | MA | 02134 |
| Goodtime Billiards | 30 Sturtevant St. | Somerville | MA | 02145 |
| Jillian's of Worcester | 315 Grove St. | Worcester | MA | 1605 |
| Bennigans | 6975 Security Blvd | Baltimore | MD | 21244 |
| Huckas | 2324 Boston St | Baltimore | MD | 21224 |
| Scores @ Baltimore | 615 Falls Way | Baltimore | MD | 21202 |
| Windsor Inn | 7207 Windsor Mill Road | Baltimore | MD | 21244 |
| Juste Lounge | 6821 Reed St. | Bethesda | MD | 20814 |
| Fantasies Nightclub | 5520 Pennington Ave. | Curtis Bay | MD | 21226 |
| Js Sports Cafe | 12677 Laurel Bowie Road | Laurel | MD | 20708 |
| Buffalo Wild Wings @ Grand Rapids 28th | 2035 28th St. SE | Grand Rapids | MI | 49508 |

3

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| Hazel Park Raceway | 1650 E. Tennille Rd. | Hazel Park | MI | 48030 |
| Ameristar Casino @ Kansas City | 3200 N Ameristar Dr. | Kansas City | MO | 64161 |
| Harrah's St. Louis - Riverport-Casino | 777 Casino Center Dr. | Maryland Heights | MO | 63043 |
| Harrah's North Kansas City/Diamond lounge | One Riverboat Drive | North Kansas City | MO | 64116 |
| Ameristar Casino @ St. Charles | 1260 South Main Street | St. Charles | MO | 63301 |
| Ameristar Casino- Chris Consenza | 4146 S Washington St | Vicksburg | MS | 39180 |
| Ameristar Casino Vicksburg Inc. | 4116 Washington St. | Vicksburg | MS | 39180 |
| The Men's Club of Charlotte | 444 Tyvola Rd | Charlotte | NC | 77056 |
| Connolly's on 5th | 115 E. 5th St. | Charlotte | NC | 28202 |
| Jillian's of Charlotte | 200 E. Bland St | Charlotte | NC | 28203 |
| Fort Bragg Sports USA | Bldg. 3 2102 Long St | Fort Bragg | NC | 28307 |
| Renaissance Jazz Cafe | 117 N Green St | Greensboro | NC | 27401 |
| The Playhouse | 1520 W Hwy 70 | Hickory | NC | 28602 |
| 40 40 Club @ Atlantic City | 2120 Atlantic Ave. | Atlantic City | NJ | 08401 |
| Trump Taj Mahal Hotel & Casino | 1000 Boardwalk at Virginia Ave. | Atlantic City | NJ | 08401 |
| Torpedos | 226 E. Main St. | Boundbrook | NJ | 08805 |
| Kaminski Sports Bar | 1424 Brace Rd. | Cherry Hill | NJ | 08034 |
| Pub 46 | 1081 Rt. 46 East | Clifton | NJ | 07013 |
| Adelphia Balls Restaurant & Bar | 1750 Clements-Bridge Road | Deptford | NJ | 08096 |
| Fox & Hounds @ Edison | 250 Menlo Park Dr. | Edison | NJ | 08837 |
| Lookers | 789 Dowd Avenue | Elizabeth | NJ | 07201 |
| Envy Lounge | 279 Passiac St. | Garfield | NJ | 07026 |
| Cheerleaders @ Gloucester City | 54 Crescent Blvd. | Gloucester City | NJ | 08030 |
| Hooters @ Hackensack | 41 Route 4 East | Hackensack | NJ | 07601 |
| Ringside Lounge | 475 Tonnelle Avenue | Jersey City | NJ | 07307 |
| Satin Dolls | 230 Rt. 17 South | Lodi | NJ | 07644 |
| McGuire Enlisted Club | Building #2508 E. 3rd Street | McGuire Air Force Base | NJ | 08641 |
| Lounge 13 | 415 Central Ave. | Newark | NJ | 07107 |
| Hooters @ Paramus | 393 Rte. 17 South | Paramus | NJ | 07652 |
| Breathless | 876 Hart Street | Rahway | NJ | 07065 |
| A.J.s Lounge | 201 Secaucus Rd. | Secaucus | NJ | 07094 |
| Herberts | 1600 Plaza Dr. | Secaucus | NJ | 07094 |
| McIntyres Pub @ Toms River | 213 Route 37 - K-Mart Plaza | Toms River | NJ | 08753 |
| Hooters @ Union | 2319 Route 22 | Union | NJ | 07083 |
| Shooters 22 | 1235 W. Chestnut Street | Union | NJ | 07083 |
| Hooters @ Wayne | 25 Rte. 23 | Wayne | NJ | 07470 |
| Hollywood Cafe | 940 Mantau Pike | Woodbury Height | NJ | 08097 |
| Fantasy World | 6001 Brentwood Ave. North East | Albuquerque | NM | 87121 |
| T.D. Eubanks | 6001 Brentwood Ave. North East | Albuquerque | NM | 87109- |

4

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| T.D. Eubanks North | 6001 Brenwood Ave. North East | Albuquerque | NM | 87112 |
| Sun Ray Park Casino | 39 Rd 5568 | Farmington | NM | 87401 |
| Bully's Sports Bar #4 | 3530 N Carson St | Carson City | NV | 89431 |
| Green Valley Ranch | 2300 Paseo Verde | Henderson | NV | 89052 |
| Ameristar/Cactus Pete's- Chris Consenza | 1385 Hwy 93 P.O. Box 508 | Jackpot | NV | 89825 |
| Cactus Petes Inc. | P.O. box 508 | Jackpot | NV | 89825 |
| Boulder Station | 4111 Boulder Hwy. | Las Vegas | NV | 89121 |
| Red Rock Station Casino | 10973 W. Charleston | Las Vegas | NV | 89135 |
| Suncoast Hotel & Casino | 9090 W. Alta Dr | Las Vegas | NV | 89144 |
| Bully's Sports Bar #1 | 2005 Sierra Highlands | Reno | NV | 89523 |
| Bully's Sports Bar #3 Christine | 2955 N. Mccarran #110 | Sparks | NV | 89431 |
| Silver Club Casino | 1040 Victorian Ave | Sparks | NV | 89432 |
| Jillian's | 59 North Pearl St. | Albany | NY | 12207 |
| McCanns Pub | 36-15 Ditmars Blvd | Astoria | NY | 11105 |
| Bamboo | 985 Morris Ave. | Bronx | NY | 10456 |
| Game Day Grill | 3168 East Treemont Ave. | Bronx | NY | 10461 |
| Lounge, The | 4685 Manhattan College Parkway | Bronx | NY | 10471 |
| Mi Gente Cafe | 1306 Union Port Rd. | Bronx | NY | 10462 |
| Sports Plus Cafe | 1161 Castle Hill Ave. | Bronx | NY | 10462 |
| 200 Fifth | 200 5th Ave. | Brooklyn | NY | 11217 |
| Cobblestones | 117-18 Queens Blvd. | Forrest Hills | NY | 11375 |
| Abuelo Gozon | 7903 Roosevelt Ave. | Jackson Heights | NY | 11372 |
| McCanns Pub # 2 | 5590 Merrick Road | Massapequea | NY | 11758 |
| 40 40 Club | 6 West 25th St. | New York | NY | 10010 |
| Justins Restaurant | 31 West 21st St. | New York | NY | 10010 |
| Playwright | 202 W. 49th St. | New York | NY | 10019 |
| Scores @ New York East | 917 596-6918 | New York | NY | 10022 |
| Scores @ West | 533 West 27th St | New York | NY | 10001 |
| Village Pour House | 64 3rd Ave. | New York | NY | 10003 |
| Nathaniels | 251 Exchange Blvd. | Rochester | NY | 14608 |
| Buffalo Wild Wings @ Cincinnati/ Skytop | 5240 Beechmont Ave. | Cincinnati | OH | 45230 |
| Buffalo Wild Wings @ Forest Park | 1081 Smiley Ave. | Forest Park | OH | 45240 |
| Brick Street | 36 East High St. | Oxford | OH | 45056 |
| Fox & Hounds @ Oklahoma City | 3031 W Memorial Road | Oklahoma City | OK | 73134 |
| Club Risque @ Bristol | 3025 New Rogers Road | Bristol | PA | 19007 |
| Just Sports Bar & Grill | 600 Rte. 413 | Bristol | PA | 19007 |

5

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| J.D. McGillicuddys | 690 Burmont Road | Drexel Hill | PA | 19026 |
| Drake Tavern | 304 York Road | Jenkintown | PA | 19046 |
| Fox & Hounds @ King of Prussia | 160 N. Gulph Rd., suite 211 | King of Prussia | PA | 19406 |
| Tom & Jerry's Sports Bar | 1006 MacDade Blvd. | Milmont Park | PA | 19033 |
| Cheerleaders | 2740 S. Front St. | Philadelphia | PA | 19148 |
| Club Risque | 1700 S Columbus Blvd | Philadelphia | PA | 19148 |
| Delilahs | 100 Spring Garden St. | Philadelphia | PA | 19123 |
| Docs Union Pub | 1843 South 2nd Street | Philadelphia | PA | 19148 |
| Family Tavern | 1130 E Luzerne | Philadelphia | PA | 19124 |
| Fox & Hounds @ Philadelphia | 1501 Spruce Street | Philadelphia | PA | 19102 |
| Oasis on Essington | 6800 Essington Ave. | Philadelphia | PA | 19153 |
| Piccadilly Club | 31-23 N 30 Street | Philadelphia | PA | 19132 |
| Wizards Lounge | 3813 Chestnut St | Philadelphia | PA | 19104 |
| Sports Rock Cafe | 1400 Smallman Street | Pittsburgh | PA | 15222 |
| Picassos Pizza | 2323 Warwick Ave. | Warwick | RI | 02889 |
| Overtime Sports Bar | 1409 Hwy 17 South | Myrtle Beach | SC | 29582 |
| Jillian's of Memphis | 150 Peabody Place Ste. 119 | Memphis | TN | 38103 |
| Winghouse XVII | 4080 Beltline Rd. | Addison | TX | 75001 |
| Winghouse XVIII | 944 East Copeland Rd. | Arlington | TX | 76011 |
| Expose | 3615 S. Congress | Austin | TX | 78704 |
| Perfect 10 Austin | 16511 Bratton Ln | Austin | TX | 78728 |
| Sugars Uptown Cabaret | 404 Highland Mall Blvd. | Austin | TX | 78752 |
| The Palazlo | 501 E. Benwhite Blvd. | Austin | TX | 78704 |
| Winghouse XIX | 1833 Airport Freeway | Bedford | TX | 76021 |
| Stillettos | 1480 N Express Way 77 | Brownsville | TX | 78521 |
| Buffalo Wild Wings | 2100 FM 802 | Brownsville | TX | 78521 |
| Bourban Street Bar & Grill | 315 N. Chaparral | Corpus Christi | TX | 78401 |
| Buffalo Wild Wings | 2001 Spi Dr. | Corpus Christi | TX | 78417 |
| Martini Bar | 6601 Everhart | Corpus Christi | TX | 78413 |
| The Men's Club of Dallas | 2340 W. Northwest Hwy. | Dallas | TX | 75220 |
| Penthouse Men's Club | 8550 N. Stemmons Frwy. | Dallas | TX | 75247 |
| Tex Mex Lounge | Route 17 Box 689 | Edinburg | TX | 78539 |
| Oasis Lanes / Frankie's | 1660 N. Zaragosa | El Paso | TX | 79936 |
| Fiesta Lanes | 5850 Onix | El Paso | TX | 79912 |
| Buffalo Wild Wings | 1500 W. Harrison | Harlingen | TX | 78550 |
| Billares Mexico | 6614 Canal | Houston | TX | 77011 |

| Location | Address | City | ST | Zip |
|---|---|---|---|---|
| Division One | 13331 Kuykendahl #200 | Houston | TX | 77090 |
| El Emillianos Roy's | 210  Broadway | Houston | TX | 77012 |
| Ritz Cabaret | 10520  Gulf  Freeway | Houston | TX | 77034 |
| Scott Gertner Sports Bar | 3100 Fountain View | Houston | TX | 77057 |
| The Men's Club of Houston | 3303  Sage Rd | Houston | TX | 77056 |
| Emilianos Casino Club | 7710 E. FWY | Houston | TX | 77020 |
| Buffalo Wild Wings | 6629 Sand Dario Ave | Laredo | TX | 78041 |
| Buffalo Wild Wings | 7903 Pet Dooker Rd | Live Oak | TX | 78233 |
| R A's | 3000 B North Mcall | Mc Allen | TX | 78501 |
| Buffalo Wild Wings | 4021 North 10th  Suite  C-4 | McAllen | TX | 78504 |
| Winghouse XXI | 3730 Towne Crossing Blvd. | Mesquite | TX | 75150 |
| El Emillianos | 4933 Spencer Hwy | Pasadena | TX | 77505 |
| Emillianos El Deportivo | 602 Shadow | Pasadena | TX | 77506 |
| Stillettos | 1050 N. Sugar Rd | Pharr | TX | 78577 |
| All Stars Sports Club | 9440 I Hwy 10. WST | San Antonio | TX | 78230 |
| Buffalo Wild Wings | 115 W Loop 410 | San Antonio | TX | 78245 |
| Buffalo Wild Wings | 5860 DeZavala Rd Suite  100 | San Antonio | TX | 78249 |
| Perfect 10 | 111 NM Loop 410 | San Antonio | TX | 78216 |
| Sugar's | 2731 NW Loop 410 | San Antonio | TX | 78230 |
| Tiffany's Billiards | 7011 San Pedro | San Antonio | TX | 78216 |
| Buffalo Wild Wings | 3158 S. East Military #106 | San Antonio | TX | 78235 |
| Rookies Sports Bar | 305 B. Sawdust | Woodlands | TX | 77380 |
| Scoreboard OT Sto.N W Mall | 444 North West  Mall | Houston | TX | 77063 |
| Sro Champions | 6982 FM 1960 West | Houston | TX | 77069 |
| Hooters @ Chester | 2401 W. Hundred Road | Chester | VA | 23831 |
| Champps @ Fair Oaks | 11724-U Fair Oaks | Fairfax | VA | 22033 |
| Crabbers Lounge | 2000 W Mercury Blvd | Hampton | VA | 23666 |
| Ice Sports Bar | 14501 Warwick Blvd. | Newport News | VA | 23608 |
| D Fraisers | 930 N Military Hwy | Norfolk | VA | 23502 |
| Jillian's of Norfolk | 333 Waterside Dr. | Norfolk | VA | 23510 |
| Roger Browns Restaurant & Sports Bar | 316 High Street | Portsmouth | VA | 23704 |
| Buffalo Wild Wings @ Richmond | 1501 E. Cary St. | Richmond | VA | 23219 |
| Champps @ Richmond | 9202 Stoney Point Pkwy | Richmond | VA | 23235 |
| Just Georges | 1956 Laskin Road | Virginia Beach | VA | 23454 |
| Nooksack River Casino-Scott Taylor | 5048 Mt. Bakert HWY/P.O.  Box 248 | Deming | WA | 98244 |
| Quilceda Creek Nightclub &Casino | 6410  33rd Ave. | Marysville | WA | 98271 |

7

Exhibit "C"

## PIRACY AFFIDAVIT

**STATE OF : New York**

**COUNTY OF :** New York

I, the undersigned, being duly sworn according to law, depose and say, that on November 4, 2006, I entered the commercial establishment known as El Nuevo Ambiente Restaurant, located at, 4986 Broadway. New York, N.Y. 10032, 212-544-8080, at approximately 10:47 pm. This establishment is described as a 5-story building, with 4 floors above the restaurant.

I paid no charge to enter the establishment. There was no doorperson at the location. I ordered nothing from the people behind the counter.  There were 2 female Hispanics one was wearing a brown shirt with blue jeans, and the other was wearing a white shirt with black pants behind the counter.

I observed 2 television sets, one is described as normal size, the other one right next to it was smaller in size.  They were located on the back wall of the restaurant.  Both screens were facing the street.

On the television set I observed the end of the 6th round of the Grisby V. Burgos fight. Grisby was wearing white trunks, and Burgos was wearing white and blue trunks.  This was the under card of the HBO pay-per-view boxing match, featuring Floyd Mayweather v. Carlos Baldomer as the main event.

I was unable to see a cable box, nor was I able to see what channel the set was tuned to.

The inside of the establishment and its internal layout can be described as:  A restaurant with tables and chairs as you first enter the location.  In the rear left of the establishment is a counter were you can order food.

In my opinion, the approximate capacity of this establishment is **50** people. At the time I was in the establishment, I took three head counts. I counted approximately 25 people on the first count, 25 people on the second count, and **25** people on the third count.

I left the establishment at approximately 10:51 pm.

I took two (2) pictures of the outside of the above described establishment **on January 31, 2007 approximately 5:09 pm** which are attached hereto and made a part hereof and are intended to substantiate and verify the location of my observations as described herein.

There was not a parking lot adjacent to the establishment.

.

Dated: 2-1 , 2007
Signed: _Padler_
Print Name:
Agency:
Address:
City/State/Zip:
Phone/fax:
PI #

State of _New York_ )
) Sis.:
County of _Ulster_ )
On the 1st day of _Feb_ , **2007**, before me, the undersigned, a Notary Public in and for said State, personally appeared, _Lezio Paulton_ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_April Draganchuk_
Notary Public

APRIL DRAGANCHUK
Notary Public, State Of New York
No. 4945872
Qualified in Ulster County
Commission Expires Jan. 27, 20_2_





