ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006**
**BALDOMIR/MAYWEATHER** Program,
      Plaintiff,

 -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.
ESPINAL a/k/a CAMILO ESTEVEZ, Individually,
and as officer, director, shareholder and/or principal
of 4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT
      Defendants.
---------------------------------------------------------------

**RULE 54(b) STATEMENT**
Civil Action No.07-CV-3784-VM-MHD
HON. VICTOR MARRERO

 Plaintiff, J & J Sport Productions, Inc., as and for its Statement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure hereby states as follows:

 There is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay, as the defaulting Defendants are the only remaining Defendants in this case.

Dated: July 26, 2007
  Ellenville, NY  12428

            LONSTEIN LAW OFFICE, P.C.

            By:   /s/ Julie Cohen Lonstein
              Julie Cohen Lonstein
              Bar Roll No.  JL8521
              Attorney for Plaintiff
              1 Terrace Hill; PO Box 351
              Ellenville, NY 12428
              Telephone:  845-647-8500
              Facsimile:   845-647-6277