ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006**
**BALDOMIR/MAYWEATHER** Program,
                Plaintiff,

      -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.
ESPINAL a/k/a CAMILO ESTEVEZ, Individually, and
as officer, director, shareholder and/or principal of 4986
BROADWAY EL NUEVO AMBIENTE CORP. d/b/a
EL NUEVO AMBIENTE RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE CORP.
d/b/a EL NUEVO AMBIENTE RESTAURANT
                Defendants.
-------------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No.07-CV-3784-VM-MHD
HON. VICTOR MARRERO

**Principal Amount in the Discretion of the Court**..........................................$    110,000.00

**Costs:**

    Filing Fees (per Defendant).................................................................$    175.00

    Process Server (per Defendant)...........................................................$    100.00

    Attorney's Fee (per Defendant)............................................................$    331.25

**TOTAL (Per Defendant)**.................................................................... $    110,606.25.

       ***BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT***

                       LONSTEIN LAW OFFICE, P.C.

                By: /s/ Julie Cohen Lonstein
                    Julie Cohen Lonstein
                    Bar Roll No. JL8521
                    Attorney for Plaintiff
                    1 Terrace Hill; PO Box 351
                    Ellenville, NY 12428
                    Telephone: 845-647-8500
                    Facsimile: 845-647-6277