ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **November 4, 2006**
**BALDOMIR/MAYWEATHER** Program,
        Plaintiff,

  -against-

CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.
ESPINAL a/k/a CAMILO ESTEVEZ, Individually,
and as officer, director, shareholder and/or principal
of 4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT,

and

4986 BROADWAY EL NUEVO AMBIENTE
CORP. d/b/a EL NUEVO AMBIENTE
RESTAURANT
        Defendants
-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No.07-CV-3784-VM-MHD
HON. VICTOR MARRERO

    The undersigned certifies that on the **26th** day of July, 2007 your deponent served the following documents by regular mail:

    Affidavit of Costs and Fees
    Plaintiff's Affidavit
    Memorandum of Law
    Rule 54B Statement
    Statement for Judgment
    Default Judgment
    Notice of Motion

on the following:

Camilo Estevez-Espinal
580 Academy Street
New York, NY 10034

4986 Broadway El Nuevo
Ambiente Corp.
4986 Broadway
New York, NY 10034-1650

                /s/ Julie Cohen Lonstein
                Julie Cohen Lonstein