```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
J&J SPORTS PRODUCTIONS, INC., as          :
Broadcast Licensee of the November 4,     :
2006 BALDOMIR/MAYWEATHER Program,         :   07 Civ 3784
                                          :
                         Plaintiff,       :
                                          :
      - against -                         :   DEFAULT JUDGMENT
                                          :
CAMILO ESTEVEZ-ESPINAL a/k/a CAMILO E.    :
ESPINAL a/k/a CAMILO ESTEVEZ,             :
Individually, and as officer,             :
shareholder and/or principal of 4986      :
BROADWAY EL NUEVO AMBIENTE CORP. d/b/a    :
EL NUEVO AMBIENTE RESTAURANT, and         :
4986 BROADWAY EL NUEVO AMBIENTE CORP.     :
d/b/a EL NUEVO AMBIENTE RESTAURANT.       :
                                          :
                         Defendants.      :
-----------------------------------------X
```

[Stamp: USDS / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7-27-07]

The Summons and Complaint in this action having been duly served upon the defendants, Camilo Estevez-Espinal a/k/a Camilo E. Espinal a/k/a Camilo Estevez, Individually, and as officer, director, shareholder and/or principal of 4986 Broadway El Nuevo Ambiente Corp. d/b/a El Nuevo Ambiente Restaurant, and 4986 Broadway El Nuevo Ambiente Corp. d/b/a El Nuevo Ambiente Restaurant, on May 29, 2007 and June 26, 2007, and said defendants having failed to plead or otherwise appear in this action, on motion of the plaintiff J&J Sports Productions, Inc., it is hereby

**ORDERED AND ADJUDGED** that plaintiff J&J Sports Production, Inc. does recover jointly and severally of defendant Camilo Estevez-Espinal a/k/a Camilo E. Espinal a/k/a Camilo Estevez, Individually, and as officer, director, shareholder and/or principal of 4986 Broadway El Nuevo Ambiente Corp. d/b/a El Nuevo Ambiente Restaurant

   1) under 605(e)(3)(C)(i)(II) a sum of Three Thousand Five Hundred Dollars ($3,500.00);

   2) and under 605(e)(3)(C)(ii) a sum of Three Thousand Five Hundred Dollars ($3,500.00) for enhanced damages for Defendant's willful violation of 605(a);

    3)    and under 605(e)(3)(B)(iii) costs and Attorney fees of Six Hundred Six Dollars and Twenty Five Cents ($606.25),

and it is further,

**ORDERED AND ADJUDGED** that plaintiff J&J Sports Production, Inc. does recover jointly and severally recover from defendant 4986 Broadway El Nuevo Ambiente Corp. d/b/a El Nuevo Ambiente Restaurant

    1)    under 605(e)(3)(C)(i)(II) a sum of Three Thousand Five Hundred Dollars ($3,500.00);

    2)    and under 605(e)(3)(C)(ii) a sum of Three Thousand Five Hundred Dollars ($3,500.00) for enhanced damages for defendant's willful violation of 605(a);

    3)    and under 605(e)(3)(B)(iii) costs and Attorney fees of Six Hundred Six Dollars and Twenty Five Cents ($606.25),

and it is finally,

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

**SO ORDERED.**

Dated:    New York, New York
            27 July 2007

                                          VICTOR MARRERO
                                            U.S.D.J.